IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00914-RMR-SBP

KERRI SHEEHY, DEAN BEACOM, and
TAYLOR ARCHULETA, on their own behalf
and on behalf of all others similarly situated,

        Plaintiffs,

v.

INTERMOUNTAIN HEALTH CARE, INC.,

        Defendant.

## MOTION TO AMEND SCHEDULING ORDER

COME NOW the Plaintiffs, through undersigned counsel, to respectfully request that the Court enter an Order amending the Scheduling Order (ECF No. 35) to extend the initial phase discovery cut-off date from January 19, 2026 until May 31, 2026. The Parties also request that the Court extend the initial discovery phase deadline for designation of expert witnesses to May 31, 2026, and the designation of initial phase rebuttal expert witnesses to June 30, 2026. In support, the Plaintiffs state:

1. A Scheduling Order may be modified upon a showing of "good cause" under Fed.R.Civ.P. 16(b). *State Farm Mut. Auto. Ins. Co. v. Fisher*, CIVA 08CV01687-REB-MEH, 2009 WL 1586921, at *2 (D. Colo. June 3, 2009). The standard for "good cause" is the diligence demonstrated by the moving party in attempting to meet the Court's deadlines. *Colorado Visionary Academy v. Medtronic, Inc.*, 194 F.R.D. 684, 687 (D.Colo.2000). Rigid adherence to the scheduling order is not advisable. *Sil–Flo, Inc. v. SHFC, Inc.*, 917 F.2d 1507, 1519 (10th Cir.1990).

2. The Plaintiffs have worked diligently to meet the Court's deadlines. During the initial phase of discovery, Plaintiffs researched and responded to Defendant's Partial Motion to Dismiss (ECF Nos. 15, 28, 31), complied evidence for Movant's exhibits to the Motion for Class Certification (ECF Nos. 41, 41-1) and have worked cooperatively with Defendant to move this case forward.

3. Plaintiffs require additional time to conduct complete discovery.

4. In addition, Plaintiffs wish to reserve their ability to designate experts on topics related to class certification, should the Court not grant the pending Motion for Class Certification. ECF No. 41.

5. For these reasons, Plaintiffs move the Court for an Order amending the Scheduling Order to extend the initial phase discovery cut-off date from January 19, 2026 until May 31, 2026. Plaintiffs also request that the Court extend the initial discovery phase deadline for designation of expert witnesses to May 31, 2026, and the designation of initial phase rebuttal expert witnesses to June 30, 2026.

Respectfully Submitted this 17th day of November, 2025.

                                          *s/ Brandt Milstein*
                                          Brandt Milstein
                                          Andrew Turner
                                          MILSTEIN TURNER, PLLC
                                          2400 Broadway, Suite B
                                          Boulder, CO 80304
                                          303.440.8780
                                          andrew@milsteinturner.com
                                          brandt@milsteinturner.com

*s/ Matthew S. Parmet*
Matthew S. Parmet
PARMET LAW PC
2 Greenway Plaza, Ste. 250
Houston, TX 77046
(713) 999-5200
matt@parmet.law

*s/ Don J. Foty*
Don J. Foty
FOTY LAW GROUP
2 Greenway Plaza, Suite 250
Houston, Texas 77046
(713) 523-0001
dfoty@fotylawgroup.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing document on the CM/ECF system which will serve all counsel of record for Defendant *via* e-mail.

This 17th day of November, 2025.

*s/ Brandt Milstein*
Brandt Milstein
*Counsel for Plaintiffs*