IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00914-SBP

Kerri Sheehy, et al.,
Plaintiffs,

v.

Intermountain Health Care Inc.,
Defendant.

## NOTICE OF CHANGE OF ADDRESS FOR SPARK JUSTICE LAW LLC

PLEASE TAKE NOTICE that Spark Justice Law LLC has changed its street address to the

Following:

Spark Justice Law LLC
4045 S. Broadway, Suite 208
Englewood, CO 80113

Laura B. Wolf of Spark Justice Law LLC represents Plaintiff Kerri Sheehy in the above-captioned action with respect to her individual claim for relief. Her telephone number and email address remain the same.

Dated this 2nd day of December 2025.

Respectfully submitted,

*s/ Laura B. Wolf*
Laura B. Wolf
SPARK JUSTICE LAW LLC
4045 S. Broadway, Suite 208
Englewood, CO 80113
(303) 802-5390 (t)

(303) 848-3003 (f)
laura@spark-law.com

*Attorney for Plaintiff Kerri Sheehy*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS FOR SPARK JUSTICE LAW LLC** with the Clerk of Court using the CM/ECF system.

<u>*s/ Laura B. Wolf*</u>
Laura B. Wolf