# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00914-RMR-SBP
Consolidated With Civil Action No. 1:25-cv-02290-RMR-SBP

KERRI SHEEHY, DEAN BEACOM, AND TAYLOR
ARCHULETA, ON THEIR OWN BEHALF AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

     Plaintiffs,

v.

INTERMOUNTAIN HEALTH CARE INC.,

     Defendant.

---

**DECLARATION OF MARIELLE A. MOORE IN SUPORT OF DEFENDANTS'
EMERGENCY MOTION TO ENJOIN FLETCHER JONES AND COUNSEL FROM
IMPROPER COMMUNICATIONS WITH CLASS MEMBERS, PURSUANT TO THE
ALL WRITS ACT, 28 U.S.C. § 1651(A)**

---

1.     My name is Marielle A. Moore.  I am over 18 years old and competent to execute this declaration.  I make this declaration of my own personal knowledge and, if called upon to testify as a witness, I could and would testify competently of the facts set forth herein.

2.     I am an attorney at the law firm Ogletree, Deakins, Nash, Smoak and Stewart, P.C., counsel for Defendants Intermountain Health Care Inc. ("Intermountain"), Sisters of Charity of Leavenworth Health System, Inc. ("SCL Health"), and SCL Health Partners, LLC (collectively "Defendants"). I submit this declaration in support of Defendants' Emergency Motion to Enjoin Fletcher Jones and Counsel from Improper Communications With Class Members, Pursuant to the All Writs Act, 28 U.S.C. § 1651(A).

**EXHIBIT A**

3.      On April 22, 2024, I appeared at a discovery dispute hearing in Colorado District Court, Broomfield County on behalf of Sisters of Charity of Leavenworth Health System, Inc. ("SCL Health") in *Fletcher Jones, individually and on behalf of all similarly situated persons v. Sisters of Charity Leavenworth Health System Inc.*, case number 2025CV30029 (the "*Jones* Action").  As counsel for SCL Health in the *Jones* Action, I have firsthand knowledge of the status of the *Jones* Action.

4.      During the April 22nd hearing, the Court in the *Jones* Action entered an order staying discovery as to the settled claims in the *Sheehy/Huber* Action.  A true and correct of the Court's Order is attached as Exhibit 1.

5.      Also at this hearing, Fletcher's Jones' counsel stated on the record that there would be objectors to the *Sheehy/Huber* settlement, and that they knew who the objectors were.

6.      Jones does not have pay and time data for the class covered by the *Sheehy/Huber* settlement.  His counsel affirmed that he does not have this data on the record at the April 22nd hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April, 2026 at Denver, Colorado.

_____
Marielle A. Moore

2

**EXHIBIT 1**

# Minute Orders

**Case Number:** 2025CV030029
**Case Type:** Wages
**Case Caption:** Jones, Fletcher v. Sisters Of Charity Leavenworth Health

**Division:** B
**Judicial Officer:** Jeffrey Smith
**Court Location:** Broomfield County
**Related Case Number:** 2025CV30133 - Boulder County

---

Order Date: 04/22/2026

HEAR JUDGE SMITH/KAM/FTR APPEARING: TIFFANIE STASIAK AND KATHLEEN GUIFOYLE, ATP; MARIELLE MOORE AND REBECCA LINDELL, ATD; FINDINGS AND ORDER: MATTER COMES ON THE RECORD FOR DISCOVERY DISPUTE HEARING. PARTIES HAVE NOT BEEN ABLE TO REACH RESOLUTION COURT HEARS AGRUMENTS FROM COUNSEL. MATTERS ARE STILL PENDING IN FEDERAL COURT. COURT MAKES FINDINGS ON THE RECORD. DEFT'S MOTION TO STAY DISCOVERY AS TO SETTLED CLAIMS IS GRANTED. INTERNAL REVIEW IS SET. /KAM