Docusign Envelope ID: D70E07C4-4128-883E-826B-74B6A1FC2FDA

**EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-00914

KERRI SHEEHY, DEAN BEACOM, AND TAYLOR
ARCHULETA, ON THEIR OWN BEHALF AND ON
BEHALF OF ALL OTHERS SIMILARLY SITUATED,

      Plaintiffs,

v.

INTERMOUNTAIN HEALTH CARE INC.,

      Defendant.

---

## DECLARATION OF LINDSAY HARRIS

---

I, Lindsay Harris, declare as follows:

1.      I am over the age of 18, have personal knowledge of the facts set forth herein, and am competent to testify to them.

2.      I am currently employed by St. Mary's Regional Hospital as a Pharmacy Manager.

3.      I previously supervised Plaintiff Fletcher Jones in his capacity as a Pharmacist at St. Mary's Regional Hospital.  In connection with our prior working relationship, I had saved Fletcher Jones' name and contact information to my cellular phone as "Fletcher," with a phone number of 317-xxx-xx56 (redacted for privacy).

**EXHIBIT B**

Docusign Envelope ID: D70E07C4-4128-883E-826B-74B6A1FC2FDA

4.     Below is a true and correct copy of a text message I received on my cellular phone yesterday, April 22, 2026, from Fletcher Jones.



I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated this 23rd day of April, 2026 at Grand Junction, Colorado.



Lindsay Harris