**COURT-AUTHORIZED NOTICE FOR EMPLOYEES OF INTERMOUNTAIN**

This is a notice authorized by the Court overseeing a class action settlement with Intermountain Health Care, Inc., SCL Health Partners, LLC, & Sisters of Charity of Leavenworth Health System, Inc (together, "Intermountain"), in the consolidated lawsuits *Sheehy v. Intermountain Health Care Inc.*, No. 1:25-cv-00914-RMR-SBP, and *Huber v. Intermountain Health Care Inc.*, No. 1:25-cv-02290-RMR-SBP, in the U.S. District Court for the District of Colorado

**\* \* \* This is not an advertisement from a lawyer. \* \* \***

**1.        Why am I receiving this notice?**

A class action settlement has been reached with Intermountain in these lawsuits. After settlement was submitted for the Court to approve, a person formerly employed as a pharmacist named Fletcher Jones sent a mass text containing false and deceptive information about it. Jones has filed another, unsettled lawsuit in a different court.

The Court has ordered this Corrective Notice to give you accurate information. The Court has also enjoined Jones and his attorneys from communicating regarding the settlement because of their false communications.

**2.        What is the settlement about?**

The settlement that the Court is reviewing is a class action settlement that would provide money payments to all hourly employees of Intermountain, except for pharmacists and former employees who stopped working for Intermountain before February 22, 2022. These payments would provide relief to the affected employees without the normal delays of litigation, trial, or appeals.

**3.        What untrue things did Jones say?**

After the settlement was submitted to the Court, Jones falsely claimed there is settlement in another case for $500 million. This statement is false. The state court lawsuit by Jones is still in litigation. There is no settlement in that case, and there may never be one. Likewise, there is no reliable report, by any expert, or otherwise, that the value of Jones's case may be $500 million. In fact, no expert report has been provided by Jones. Jones also falsely claimed that nurses would receive $5,000 by participating in the (non-existent) settlement. Jones's assertions are untrue, and they should be disregarded.

**4.        What are my rights?**

You have the right to make a full and informed decision as to whether you want to participate in a settlement, once it has been approved by the Court. For this reason, the only communication about the settlement you should receive is one approved by the Court. You have the right to make your decision based on accurate, neutral information.

**5.        Questions?**

If you have questions, you can contact the attorneys appointed for the class of Intermountain employees:

| | | |
|---|---|---|
| Brandt Milstein | Don Foty | Matthew S. Parmet |
| Andrew Turner | FOTY LAW GROUP, P.C. | PARMET LAW PC |
| MILSTEIN TURNER, PLLC | (713) 523-0001 | (713) 999-5200 |
| (303) 305-8230 | dfoty@fotylawgroup.com | matt@parmet.law |
| andrew@milsteinturner.com | | |
| brandt@milsteinturner.com | | |

To update your address or contact information to ensure you receive future updates about the case, you can contact the Claims Administrator: **Intermountain Wage Litigation, «NAME», «street», «city, state, zip», phone «phone».**



EXHIBIT "A"